United States District Court
Southern District of Texas
ENTERED

FEB 0 3 2010

Clerk of Court

United States District Court
Southern District of Texas
FILED

FEB 3 2010

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-09-1307 |
| **Jorge Cortes-Trujillo** | § | |

## ORDER

BE IT REMEMBERED on this __3__ day of __Feb__, 20__10__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **November 10, 2009**, wherein the defendant **Jorge Cortes-Trujillo** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Jorge Cortes-Trujillo** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Jorge Cortes-Trujillo guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. § 1326(a).**

SIGNED this the __3__ day of __Feb__, 20__10__.

Hilda G. Tagle
United States District Judge